725 A.2d 756

**G.L. MARKS CONTRACTING, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, Appellee.**

Supreme Court of Pennsylvania.

March 26, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 26th day of March, 1999, the order of the Commonwealth Court is **AFFIRMED.** *Glenn Johnston, Inc. v. Com., Dept. of Revenue,* —— Pa. ——, 726 A.2d 384 (1999).